# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Willie Martin v. City of Chicago, et al.    Case Number: 19 CV 1097

An appearance is hereby filed by the undersigned as attorney for:

Defendants Smith, Jr., Jones, Leano, Nichols, Jr., Young, Jr.

Attorney name (type or print): Kelly M. Olivier

Firm: Hale & Monico LLC

Street address: 53 W Jackson Blvd., Suite 337

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6309826
(See item 3 in instructions)

Telephone Number: (312) 341-9646

Email Address: kolivier@halemonico.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/5/2021

Attorney signature: S/ Kelly M. Olivier

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015